**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Palmer, Twona Montique**　　　　　　　　　　　　　　　CASE NO 23-31115-SWE-13

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　06/15/2023　　　Signature　　　　　　　　　　/s/ Twona Montique Palmer
　　　　　　　　　　　　　　　　　　　　Twona Montique Palmer, Debtor

CWS Marquis at Texas Street
2801 Live Oak St
Dallas, TX 75204

Greystar - Broadstone
Paragon
2403 N Washington Ave.
Dallas, TX 75204

Macallan on Ross
3501 Ross Ave, East Dallas
Dallas, TX 75204